1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  155 Montgomery Street, Suite 901
   San Francisco, CA 94111
3  T: (415) 982-2600
   F: (415) 358-4562
4  gerilynngreen@gmail.com
   greenlaw700@gmail.com
5
   Attorney for Defendant:
6  VINCENT HUNTER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND** DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 4:09-0527 DLJ |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING FROM APRIL 2, 2010, TO MAY 7, 2010 |
| vs. ) | |
| VINCENT HUNTER, ) | |
| Defendant. ) | |

Defendant VINCENT HUNTER, by and through his counsel Geri Lynn Green, Assistant United States Attorney Joshua Hill and United States Probation Officer J.D. Woods  hereby stipulate and agree that the sentencing hearing scheduled for April 2, 2010, 10:00 a.m. be continued to May 7, 2010, 10:00 a.m.

Crucial information regarding Mr. HUNTER is still being gathered from witnesses. This information will be essential to the probation officer so that he may compile the most comprehensive report possible.  It is therefore requested that the sentencing hearing in this matter be continued until May 7, 2009.

Mr. HUNTER,  the government and the probation department have all agreed to the requested

Stip./Proposed Order to Continue Sentencing
CR 4:09-0527

1 | continuance.

IT IS SO STIPULATED.

DATED: March 1, 2010

/S/
JOSHUA HILL
Assistant United States Attorney

DATED: March 1, 2010

/S/
GERI LYNN GREEN
Attorney for Vincent Hunter

**ORDER**

Pursuant to stipulation, Defendant VINCENT HUNTER'S sentencing hearing, currently scheduled for April 2, 2010, 10:00 p.m., is continued to May 7, 2010, 10:00 a.m.

**IT IS SO ORDERED.**

DATED: March 2, 2010

THE HON. D. LOWELL JENSEN
United States District Judge

Stip./Proposed Order to Continue Sentencing
CR 4:09-0527