1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  155 Montgomery Street, Suite 901
   San Francisco, CA 94111
3  T: (415) 982-2600
   F: (415) 358-4562
4  gerilynngreen@gmail.com
   greenlaw700@gmail.com
5
   Attorney for Defendant:
6  VINCENT HUNTER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 4:09-0527 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING FROM SEPTEMBER 9, 2011, |
| ) | TO SEPTEMBER 30, 2011 |
| ) | |
| VINCENT HUNTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant VINCENT HUNTER, by and through his counsel Geri Lynn Green, and the government, by and through its undersigned counsel, hereby stipulate and agree that the sentencing hearing scheduled for September 9, 2011, 10:00 a.m. be continued to September 30, 2011, 10:00 a.m. due to Ms. Green having a family emergency.  It is therefore requested that the sentencing hearing in this matter be continued until September 30, 2011.

United States Probation Officer John Woods has been contacted and he reports that he has been informed by the Court that his attendance will not be required.

**IT IS SO STIPULATED**.

Stip./Proposed Order to Continue Sentencing
CR 4:09-0527

1 | DATED: September 8, 2011

/S/
JOSHUA HILL
Assistant United States Attorney

4 | DATED: September 8, 2011

/S/
GERI LYNN GREEN
Attorney for Vincent Hunter

### ORDER

Pursuant to stipulation, Defendant VINCENT HUNTER'S sentencing hearing, currently scheduled for September 9, 2011, 10:00 p.m., is continued to September 30, 2011, 10:00 a.m.

**IT IS SO ORDERED.**

DATED: September 9, 2011

THE HON. D. LOWELL JENSEN
United States District Judge

Stip./Proposed Order to Continue Sentencing
CR 4:09-0527